IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00594-RPM-MJW

TANIQUE WRIGHT

    Plaintiff,

v.

COMCAST CABLE HOLDINGS, LLC, A DIVISION OF COMCAST CORPORATION, a Pennsylvania Corporation doing business in Colorado,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR SUBSTITUTION
OF PARTIES AND AMENDMENT OF CAPTION**

---

Upon review of the parties' Stipulated Motion for Substitution of Parties and Amendment of Caption [9], it is

ORDERED that the motion is granted and The Defendant Comcast of Colorado X, LLC shall be substituted for Comcast Cable Holdings, LLC, a Division of Comcast Corporation.

The caption shall be amended to reflect Comcast of Colorado X, LLC as the proper defendant.

DATED this 23rd day of July, 2010.

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        U.S. District Court Judge