IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00594-RPM

TANIQUE M. WRIGHT,

    Plaintiff,

v.

COMCAST CABLE HOLDINGS, LLC, a Division of Comcast Corporation,
a Delaware corporation doing business in Colorado,

    Defendant.

---

## STAY ORDER

---

On July 22, 2010, a Scheduling Order was entered in this case. On January 13, 2011, an order entered setting a pretrial conference for February 15, 2011, at 11:00 a.m. On January 19, 2011, the plaintiff filed a pleading termed Uncontested Motion for Extension of Time. Paragraph 3 of that motion refers to the plaintiff having filed a Chapter 7 Bankruptcy on July 31, 2010, through different counsel. The motion continues to recite that the plaintiff has disclosed this pending civil action in a Meeting of Creditors on September 21, 2010, and that the Trustee in Bankruptcy has not determined whether to proceed with prosecution of this civil action. Under these circumstances, the plaintiff may not proceed in this case and accordingly it is

ORDERED that this civil action is stayed and the dates in the Scheduling Order and the date for pretrial conference are vacated.

DATED: January 19th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge