IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00594-RPM

TANIQUE M. WRIGHT,

    Plaintiff,

v.

COMCAST CABLE HOLDINGS, LLC, a Division of Comcast Corporation,
a Delaware corporation doing business in Colorado,

    Defendant.

---

ORDER FOR DISMISSAL

---

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [22] filed August 12, 2011, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorney's fees and costs.

    DATED:   August 15th, 2011

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge